IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Louis R. Husband,

    Plaintiff,

v.

Daniel Lane, et al.,

    Defendants.

Case No. 2:23-cv-3053
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

Order

This matter is before the Court on the Magistrate Judge's October 4, 2023 Report and Recommendation. The Magistrate Judge performed an initial screening under 28 U.S.C. § 1915A and recommended that plaintiff's federal claims be dismissed and that the Court decline to exercise supplemental jurisdiction over plaintiff's state law claims.

No objections to the Report and Recommendation have been filed. Upon review, the Court hereby adopts the Report and Recommendation (Doc. 4). Plaintiff's federal claims are DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). The Court declines to exercise jurisdiction over plaintiff's state law claims in accordance with 28 U.S.C. § 1367(c)(3), and those claims are DISMISSED WITHOUT PREJUDICE to re-filing in state court.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: October 24, 2023